CSD 1100 [09/26/06]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[  ]    Petition
[  ]    Exhibit A to Voluntary Petition
[  ]    Exhibit C to Voluntary Petition
[  ]    Exhibit D - Individual Statement of Compliance with Credit Counseling
[  ]    Summary of Schedules
[  ]    Statistical Summary of Certain Liabilities and Related Data
[  ]    Schedule A & B - Schedule of Real or Personal Property
[  ]    Schedule C - Schedule of Property Claimed Exempt
[  ]    Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    [  ]    Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required.  See instructions on reverse side.
    [  ]    Correcting or deleting other information.  See instructions on reverse side.
[  ]    Schedule G - Schedule of Executory Contracts & Expired Leases
[  ]    Schedule H - Schedule of Co-Debtor
[  ]    Schedule I - Current Income of Individual Debtor(s)
[  ]    Schedule J - Current Expenditure of Individual Debtor(s)
[  ]    Statement of Financial Affairs
[  ]    Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[  ]    Statement of Current Monthly Income (Form B22B)
[  ]    Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: _____    Signature _____
                                              Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] _____ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of_____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: _____    _____    _____
                               Debtor                                     Joint Debtor

CSD 1100    **REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

A.    Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are <u>not</u> to be attached.

    1.    Before each entry, specify the purpose of the amendment by inserting:

        a.    "ADDED," if the information was missing from the previous document filed; or

        b.    "CORRECTED," if information modifies previously listed information; or

        c.    "DELETED," if previously listed information is to be removed.

    2.    At the bottom of each page, insert the word "AMENDED."

    3.    Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.

B.    Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

## AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED
## ** AMENDMENTS FILED <u>AFTER</u> THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES **

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _____ day of _____, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[   ]    Chpt. 7 Trustee:

[   ]    For Chpt. 7, 11, & 12 cases:    [   ]    For ODD numbered Chapter 13 cases:    [   ]    For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE        THOMAS H. BILLINGSLEA, JR., TRUSTEE        DAVID L. SKELTON, TRUSTEE
Department of Justice        530 "B" Street, Suite. 1500        525 "B" Street, Suite 1430
402 West Broadway, Suite 600        San Diego, CA 92101        San Diego, CA 92101-4507
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____
        (Date)

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

B6F (Official Form 6F) (12/07)

In re **Michael R Patterson** , Case No. **09-10872**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **100249** <br><br> **MacDowell & Associates** <br> **3636 Birch Street, Suite 290** <br> **Newport Beach, CA 92660** | - | | | | **2009** <br> **Collection Account** <br> **Notice Only** <br><br> ADDED | | | | 0.00 |
| Account No. **343119509-GX** <br><br> **R.M.S.** <br> **55 Shuman Road** <br> **P.O. Box 3099** <br> **Naperville, IL 60566-7099** | - | | | | **2009** <br> **Collection Account** <br> **for Xerox Corp** <br><br> ADDED | | | | 3,183.27 |
| Account No. **692160419** <br><br> **Xerox Corporation** <br> **88188 Expedite Way** <br> **Chicago, IL 60695-0001** | - | | | | **2009** <br> **Business Debt** <br><br> ADDED | | | | 0.00 |
| Account No. | | | | | | | | | |

|  |  |
|---|---|
| Subtotal <br> (Total of this page) | **3,183.27** |
| Total <br> (Report on Summary of Schedules) | **3,183.27** |

__0__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:37655-090728   Best Case Bankruptcy