CSD 1160 [05/15/03]
Name, Address, Telephone No. & I.D. No.

**WILLIAM G. MALCOLM, #129271**
**KEVIN HAHN, #231579**
**MALCOLM ♦ CISNEROS, A Law Corporation**
**2112 Business Center Drive, 2nd Floor**
**Irvine, California 92612**
**(949) 252-9400 (TELEPHONE)     (949) 252-1032 (FACSIMILE)**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**MICHAEL R. PATTERSON,**

Debtor.

BANKRUPTCY NO. **09-10872-JM7**

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,**
**and its successors and/or assignees,**

Moving Party

RS NO. **WGM-1**

**MICHAEL R. PATTERSON, Debtor,**
**and James L. Kennedy, Trustee,**

Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY    ☐ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below:

1. A Petition under Chapter ☒ 7  ☐ 11  ☐ 12  ☐ 13 was filed on **July 28, 2009**.

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any)*: **James L. Kennedy**

   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: _____.
      If applicable, the prior case was dismissed on: _____.

   d. ☐ *(If Chapter 13 case):* Chapter 13 plan was confirmed on _____ or a confirmation hearing is set for _____.

   Movant alleges the following in support of its Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:
      **715 Tangiers Court**
      **San Diego, CA 92109**

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

      **Single family residence**

   c. Legal description of property is attached as Exhibit A.

CSD 1160

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's Schedules : $**850,000.00**.

    f.    *Nature of Debtor's interest in the property:

    **Owner**

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

    a.    Fair market value of property as set forth in the Debtor's Schedules: $_____.

    b.    Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $_____.

4. *Nature of Movant's interest in the property: **Secured Creditor holding a First Note and Deed of Trust on the subject property.**

5. *Status of Movant's loan:

    a.    Balance owing on the date of Order for Relief:    $**941,605.88**
    b.    Amount of monthly payment:    $**3,779.82**
    c.    Date of last payment:    **October 8, 2008**
    d.    If real property,
        i.    Date of default:    **September 1, 2008**
        ii.    Notice of Default recorded on:    **March 18, 2009**
        iii.    Notice of Sale published on:    **June 24, 2009**
        iv.    Foreclosure sale currently scheduled for:    **July 13, 2009**
    e.    If personal property,
        i.    Pre-petition default:    $_____    No. of months:_____
        ii.    Post-petition default:    $_____    No. of months:_____

6. *(If Chapter 13 Case, state the following:)*
    a.    Date of post-petition default:    _____
        Amount of post-petition default:    $_____

7. Encumbrances:
    a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | *(IF KNOWN)* Pre-Petition Arrearages Total Amount - # of Months: | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: **JPMORGAN CHASE BANK** | $941,691.88 | $41,503.37 | 11 | $3,968.81 | 1 |
| 2nd: **WASHINGTON MUTUAL MORTGAGE** | $204,602.00 | N/A | N/A | N/A | N/A |
| 3rd: **Mariluz Cornejo** | $100,000.00 | N/A | N/A | N/A | N/A |
| 4th: | | | | | |
| Totals for all Liens: | $1,246,293.88 | $41,503.37 | 11 | $3,968.81 | 1 |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in the schedules or otherwise known to Movant:
        ☐ **See attached page, if necessary.**

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).

CSD 1160

8. Relief from the automatic stay should be granted because:

    a. ☒ Movant's interest in the property described above is not adequately protected.

    b. ☒ Debtor has no equity in the ☒ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

    c. ☐ The property is a "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or ____ days as ordered by this court) have passed since the entry of the order for relief in this case, and

        i. The Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

        ii. The Debtor/Trustee has

            (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

            (2) ☐ commenced payments, but such payments are less than the amount equal to interest at a current fair market reate on the value of each creditors' interest in the property.

    d. ☐ *Other cause exists as follows *(specify):* ☐ See attached page.

Movant attaches the following:

1. ☒ Other relevant evidence:

    **Debtor's Schedules as Exhibit "E"**
    **The affidavit of the FDIC evidencing JPMorgan Chase Bank's acquisition of assets of Washington Mutual Bank, F.A. is attached hereto as Exhibit "F."**

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

    ☒ Relief from the automatic stay to allow JPMORGAN CHASE BANK to enforce its rights and remedies under its Note and Deed of Trust.

    ☒ Other: **JPMORGAN CHASE BANK requests a waiver of the 10-day stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.**

Dated: **August 24, 2009**

                                                /S/ WILLIAM G. MALCOLM
                                                [Attorney for] Movant,

PN/JPM/40240
Loan No. xxx-xxx-2652

* Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).

CSD 1160