CSD 1160 [05/15/03]
Name, Address, Telephone No. & I.D. No.

**WILLIAM G. MALCOLM, #129271**
**KEVIN HAHN, #231579**
**MALCOLM ♦ CISNEROS, A Law Corporation**
**2112 Business Center Drive, 2nd Floor**
**Irvine, California 92612**
**(949) 252-9400 (TELEPHONE)        (949) 252-1032 (FACSIMILE)**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>**MICHAEL R. PATTERSON,**<br><br><div align="right">Debtor.</div> | BANKRUPTCY NO. **09-10872** |
| **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,**<br>**and its successors and/or assignees,**<br><br><div align="right">Moving Party</div> | RS NO. **WGM-3** |
| **MICHAEL R. PATTERSON, Debtor,**<br>**and JAMES L. KENNEDY, Trustee,**<br><br><div align="right">Respondent(s)</div> | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY
### ☒ REAL PROPERTY    ☐ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below:

1.    A Petition under Chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on __**JULY 28, 2009**__ .

2.    Procedural Status:

    a.    ☒    Name of Trustee Appointed (if any):    **JAMES L. KENNEDY**

    b.    ☐    Name of Attorney of Record for Trustee (if any):

    c.    ☐    (Optional) Prior Filing Information:
        Debtor has previously filed a Bankruptcy Petition on:_____.
        If applicable, the prior case was dismissed on:_____.

    d.    ☐    (If Chapter 13 case):  Chapter 13 plan was confirmed on_____ or a confirmation hearing is  set
        for _____.

Movant alleges the following in support of its Motion:

1.    ☒    The following real property is the subject of this Motion:
    a.    Street address of the property including county and state:
        **267 TWIN OAKS AVENUE**
        **CHULA VISTA, CA 91910**

    b.    Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

        **Single family residence**

    c.    Legal description of property is attached as Exhibit A.

**CSD 1160**

d.     If a chapter 11 or 13 case and if non-payment of any post-petition payment is ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

e.     *Fair market value of property as set forth in the Debtor's Schedules : $**100,000.00**_____.

f.     *Nature of Debtor's interest in the property:

      **Owner**

2.    ☐     The following personal property is the subject of this Motion *(describe property):*

a.     Fair market value of property as set forth in the Debtor's Schedules: $_____.

b.     Nature of Debtor's interest in the property:

3.    *Fair market value of property according to Movant:$_____.

4.    *Nature of Movant's interest in the property:     **Secured Creditor holding a First Note and Deed of Trust on the subject property.**

5.    *Status of Movant's loan:

a.     Balance owing on the date of Order for Relief:       $**484,430.50**_____
b.     Amount of monthly payment:       $**1,337.88**
c.     Date of last payment:       **AUGUST 19, 2009**_____
d.     If real property,
      i.     Date of default:       **JULY 1, 2009**_____
      ii.     Notice of Default recorded on:       **N/A**
      iii.     Notice of Sale published on:       **N/A**
      iv.     Foreclosure sale currently scheduled for:       **N/A**
e.     If personal property,
      i.     Pre-petition default:    $_____     No. of months:_____
      ii.     Post-petition default:    $_____     No. of months:_____

6.    *(If Chapter 13 Case, state the following:)*
a.     Date of post-petition default:       _____
      Amount of post-petition default:       $_____

7.    Encumbrances:
a.     Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | *(IF KNOWN)* Pre-Petition Arrearages Total Amount - # of Months: | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: **JPMORGAN CHASE BANK** | **$484,430.50** | **$1,398.00** | **1** | **$1,133.73** | **1** |
| 2nd: **RUSSEL J. SINGER** | **$310,000.00** | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | **$794,430.50** | **$1,398.00** | **1** | **$1,133.73** | **1** |

b.     Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in the schedules or otherwise known to Movant:
      ☐    **See attached page, if necessary.**

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).

8.      Relief from the automatic stay should be granted because:

      a.    ☒    Movant's interest in the property described above is not adequately protected.

      b.    ☒    Debtor has no equity in the ☒ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

      c.    ☐    The property is a "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or ____ days as ordered by this court) have passed since the entry of the order for relief in this case, and

          i.    The Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

          ii.    The Debtor/Trustee has

              (1)    ☐    not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

              (2)    ☐    commenced payments, but such payments are less than the amount equal to interest at a current fair market reate on the value of each creditors' interest in the property.

      d.    ☐    *Other cause exists as follows *(specify):* ☐   See attached page.


Movant attaches the following:

1.    ☒    Other relevant evidence:

**Debtor's Schedules as Exhibit "E"**
**A copy of the Affidavit of the Federal Deposit Insurance Corporation, which reflects JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as the Successor to WASHINGTON MUTUAL is attached hereto as Exhibit "F."**

2.    ☐    *(Optional)* Memorandum of points and authorities upon which the moving party will rely.


WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒    Relief from the automatic stay to allow JPMORGAN CHASE BANK to enforce its rights and remedies under its Note and Deed of Trust.

☒    Other: **JPMORGAN CHASE BANK requests a waiver of the 10-day stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.**


Dated:   **September 29, 2009**

                                        */S/ WILLIAM G. MALCOLM*
                                        [Attorney for] Movant,


SC/WAMU/42774


* Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).